**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRY LAMAR MCCOY** **PLAINTIFF**
**ADC #654559**

**v.** **Case No. 4:25-cv-01207-LPR-JTK**

**SHAUN YOUNG, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 24) and the Plaintiff's Objections (Doc. 25). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Order to Show Cause, T.R.O., and Preliminary Injunctive Relief (Doc. 9) is DENIED.

IT IS SO ORDERED this 25th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE